

**OVED & OVED** LLP
ATTORNEYS

July 3, 2018

**VIA ECF**

Hon. John Robert Blakey
United States District Judge
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Courtroom 1203
Chicago, IL 60604

           **Re:**   *Michelle A. Henson v. CHW Group, Inc.*
                    **Case No. 1:18-cv-02198**

Dear Judge Blakey:

    This law firm represents defendant CHW Group, Inc. in connection with the above-referenced matter. Pursuant to the United States District Court for the Northern District of Illinois' Standing Order concerning the Mandatory Initial Disclosures Pilot Program (MIDP) instruction 4(b), we write jointly with plaintiff's counsel to certify that the parties have reached a settlement in principal, subject to the execution of a formal settlement agreement. Therefore, the parties have a good-faith belief that this matter will be resolved in 30 days.

    Accordingly, the parties respectfully request that their initial discovery obligations be deferred for 30 days.

    We thank the Court for its attention to this matter.

                                Respectfully submitted,

                                Andrew J. Urgenson

cc: All counsel of record (*via ECF*)

THE OVED BUILDING
401 GREENWICH STREET
NEW YORK, NY 10013

T 212 226 2376
F 212 226 7555
OVEDLAW.COM