**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE A. HENSON,<br><br>Plaintiff,<br><br>v.<br><br>CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,<br><br>Defendant. | Case No.: 1:18-cv-02198<br><br>Honorable John R. Blakey<br><br>Honorable Sidney I. Schenkier<br>Magistrate Judge |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MICHELLE

A. HENSON and the Defendant, CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,

through their respective counsel that the above-captioned action is dismissed, with prejudice,

pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs

and attorney fees.

Dated: August 14, 2018               Respectfully Submitted,

**MICHELLE A. HENSON**          **CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY**

*/s/ Marwan R. Daher*           */s/ Andrew Urgenson (with consent)*
Marwan R. Daher               Andrew Urgenson
*Counsel for Plaintiff*           *Counsel for Defendant*
Sulaiman Law Group, Ltd.        Oved & Oved LLP
2500 S. Highland Ave., Ste. 200    401 Greenwich Street
Lombard, Illinois 60148          New York, New York 10013
Phone: (630) 575-8181           Phone: (212) 226-2376
mdaher@sulaimanlaw.com        andrew@ovedlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*_____
Marwan R. Daher
